IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROALSTON STEVENSON KINGSTON,** | : CIVIL ACTION NO. 1:19-CV-1099 |
| | : |
| | : (Chief Judge Conner) |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| **ROALSTON STEVENSON KINGSTON, HIS DC-14, DC-15, DC-16 FILES AND MEDICAL RECORDS, KEVIN KAUFFMAN,** | : |
| | : |
| Respondents | : |

# **ORDER**

AND NOW, this 15th day of July, 2019, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania